**NOT FOR PUBLICATION**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

LAURO PARRA,

*Petitioner*,

v.

WARDEN, FCI FORT DIX,

*Respondent*.

Civil Action No. 3:26-cv-04609 (ZNQ)

**MEMORANDUM ORDER**

**QURAISHI, District Judge**

**THIS MATTER** having come before the Court upon the Petition for a Writ of Habeas Corpus filed by Petitioner Lauro Parra (ECF No. 1), challenging the Bureau of Prisons' ("BOP") calculation and application of earned time credits under the First Step Act ("FSA"), 18 U.S.C. § 3632, and seeking prerelease custody based on his asserted conditional placement date of March 25, 2026; and

**WHEREAS**, Respondents submitted a status report advising that, on October 16, 2026, the Department of Homeland Security issued a Final Administrative Removal Order against Petitioner based on his aggravated-felony conviction (ECF No. 5 at 3; ECF No. 5-1 (Mathes Decl. ¶ 10)); and

**WHEREAS**, a prisoner subject to a final order of removal is ineligible to apply earned time credits under the FSA toward prerelease custody or supervised release, 18 U.S.C. § 3632(d)(4)(E)(i); and

**WHEREAS**, the intervening removal order forecloses the relief Petitioner seeks because, even assuming the BOP improperly calculated or withheld Petitioner's earned time credits before the removal order issued, those credits cannot presently be applied toward prerelease custody. *See Bueno v. Thompson*, No. 24-912 (CPO), 2025 WL 1904394, at *6 (D.N.J. July 10, 2025); and

**WHEREAS**, the Court therefore cannot grant effective relief, rendering the Petition moot;

**IT IS**, on this **2nd** day of **November 2026**,

**ORDERED** that the Petition is **DISMISSED WITHOUT PREJUDICE AS MOOT**; it is further

**ORDERED** that Petitioner's requests for expedited consideration and temporary and preliminary injunctive relief are **DENIED AS MOOT**; it is further

**ORDERED** that the Court does not reach Respondents' alternative exhaustion argument or the merits of Petitioner's challenge to the BOP's prior calculation and treatment of his earned time credits; it is further

**ORDERED** that, should Petitioner successfully invalidate the final order of removal in the appropriate proceedings, he may move to reopen this matter; and it is further

**ORDERED** that the Clerk of Court shall **CLOSE** this matter.

**SO ORDERED.**

**ZAHID N. QURAISHI**
**UNITED STATES DISTRICT JUDGE**